UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR122-093 |
| | ) | |
| TITUS NATHANIEL TRAVIS | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Emily A. Doumar** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Emily A. Doumar be granted leave of absence for the following periods: May 18, 2023 through May 22, 2023; May 25, 2023 through May 29, 2023; and June 23, 2023 through July 7, 2023.

**SO ORDERED**, this the 24th day of April, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA